

# Missouri Court of Appeals
## Southern District

## FEBRUARY 26, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No. SD33233

   Re: JAMES EUGENE BAYLESS
   Movant-Appellant,
   v.
   STATE OF MISSOURI,
   Respondent-Respondent.

2. Case No. SD33225

   Re: JAMES BRUCE MATTHEW,
   Appellant,
   vs.
   LARRY McCULLOUGH and
   MARY McCULLOUGH,
   Respondents.